USDC SCAN INDEX SHEET

AV1 8/26/03 13:53

3:03-M -02136 USA V. SOLIS-INIGO

*1*

*CRCMP.*

FILED
03 AUG 26 AM 11:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. '03 mg 2136 |
| ) | |
| V. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| George SOLIS-INIGO ) | Title 18 , United States Code<br>Section 751 (a) |
| ) | |
| ) | |
| ) | |

The undersigned complainant, being duly sworn states:

That on or about August 22, 2003 at San Diego, California, in the Southern District of California, George SOLIS-INIGO did unlawfully and willfully escape from an institution and facility in which he was confined by the Attorney General, to wit: Pacific Furlough Facility, San Diego, California, a federally contracted facility, said custody and confinement being by virtue of a conviction for Importation of Cocaine, in violation of Title 18, United States Code, Section 751 (a).

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Ernesto Gonzalez, Jr.
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 26th day of August, 2003.

United States Magistrate Judge

# AFFIDAVIT

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

I, Ernesto Gonzalez, Jr. being duly sworn, hereby depose and state that:

1. I am a Deputy United States Marshal and have been so employed for 10 years.

2. This affidavit is made in support of a complaint against George SOLIS-INIGO for escape from the custody of the Attorney General, in violation of Title 18, United States code, Section 751(a).

3. On August 25, 2003 the United States Marshals Office received a memorandum from the United States Federal Bureau of Prisons, to report the escape of George SOLIS-INIGO from Pacific Furlough Facility, San Diego, California, a federally contracted facility.

4. On August 25, 2003, I reviewed files from the United States Marshals Service and Pacific Furlough Facility. My review of the files revealed the following facts:

a. George SOLIS-INIGO was serving a 57 month sentence imposed by United States District Court Judge Barry T. Moskowitz, Southern District of California, on April 20, 2001, for Importation of Cocaine.

b. Records show that on August 22, 2003 at 5:00 p.m., George SOLIS-INIGO signed out of Pacific Furlough Facility to attend drug abuse counseling. At approximately 6:45 p.m. the drug counselor had notified Pacific Furlough staff that SOLIS-INIGO had not appeared for the appointment. There were no contacts with him after he had signed out from the facility. SOLIS INIGO was scheduled to return at 9:00p.m. SOLIS-INIGO was placed on escape status after he failed to return to the facility at the required time. The whereabouts of George SOLIS-INIGO are currently unknown.

Dated: August 26, 2003

Ernesto Gonzalez, Jr.
Deputy United States Marshal

Subscribed and sworn before me
on this 26th day of August, 2003

United States Magistrate Judge