USDC SCAN INDEX SHEET

AV1 8/26/03 13:54

3:03-M -02136 USA V. SOLIS-INIGO

*2*

*CRW.*

PLEASE RECEIPT AND RETURN

RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AUG 26 2 26 PM '03

U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>George SOLIS-INIGO | Magistrate's Case No. '03 mg 2136 |
| WARRANT ISSUED ON THE BASIS OF:<br>__ Failure to Appear __ Order of Court<br>__ Indictment __ Information<br>x Complaint | WARRANT FOR ARREST |
| TO:<br><br>ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER. | NAME AND ADDRESS OF PERSON TO BE ARRESTED: George SOLIS-INIGO |
| DISTRICT OF ARREST: Southern California | CITY OF ARREST: San Diego, California |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Escape from Federal Custody

| | | |
|---|---|---|
| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751 (a) |
| BAIL NO BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY [signature] | LARRY A. BURNS<br>U.S. MAGISTRATE JUDGE | DATE ORDERED 8-26-03 |
| CLERK OF COURT/U.S. MAGISTRATE | BY | DATE ISSUED |

SEAL

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

2AD