RECEIVED

Aug 26 2 26 PM '03

U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 APR -9 AM 9:21

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

George SOLIS-INIGO

Magistrate's Case No. '03 mg 2136

WARRANT ISSUED ON THE BASIS OF:
__ Failure to Appear __ Order of Court
__ Indictment __ Information
x Complaint

WARRANT FOR ARREST

TO:

ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER.

NAME AND ADDRESS OF PERSON TO BE ARRESTED: George SOLIS-INIGO

DISTRICT OF ARREST: Southern California

CITY OF ARREST: San Diego, California

DATE 3/28/08
ARRESTED BY ICE Agent Leonard
STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA
BY Mathis

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Escape from Federal Custody

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751 (a) |
|---|---|---|
| BAIL NO BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | LARRY A. BURNS U.S. MAGISTRATE JUDGE | DATE ORDERED 8-26-03 |
| CLERK OF COURT/U.S. MAGISTRATE | BY | DATE ISSUED |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

CL I "A"

GONZALES