FILED
APR 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GEORGE SOLIS-INIGO,<br>Defendant. | Criminal Case No. 08CR1346-L<br><br>INFORMATION<br><br>Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape From Federal Custody (Felony) |

The United States Attorney charges:

On or about August 22, 2003, within the Southern District of California, defendant GEORGE SOLIS-INIGO did escape from an institution and facility in which he was confined by direction of the Attorney General, and his authorized representative, by willfully failing to remain within the extended limits of his confinement in that he did not appear at the Pacific Furlough Facility, San Diego, California, as directed, said custody and confinement being by virtue of a felony conviction for importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: April 29, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:lml:4/14/08