AO 455(Rev. 5/85) Waiver of Indictment

FILED

APR 29 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY FF DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GEORGE SOLIS-INIGO

## WAIVER OF INDICTMENT

CASE NUMBER: 03MJ2136

I, GEORGE SOLIS-INIGO , the above named defendant, who is accused of violating Title 18, U.S.C, Secs. 751(a) and 4082(a) - Escape From Federal Custody (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-29-08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

GEORGE SOLIS-INIGO
Defendant

for Joseph McMullen
JOSEPH M. MCMULLEN
Counsel for Defendant

Before
JUDICIAL OFFICER

JDM:lml:4/14/08