**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON**

CASE NO.: 08CR1346-L
CASE TITLE: *USA v. George Solis-Inigo*
E-FILED DATE: 8/4/08
DOCKET NO.: 21
DOCUMENT TITLE: Defendant's Sentencing Memorandum
DOCUMENT FILED BY: Defendant

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| x | Criminal Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed |
| | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
| | ECF § 2(f) | Lacking proper signature |
| | CrimLR 5.1 | Missing time and date on motion and/or supporting documentation |
| X | CrimLR 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| | CrimLR 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| | CrimLR 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| | CrimLR 7.1 | Missing table of contents |
| | CrimLR 15.1 | Amended pleading not complete in itself |
| X | CrimLR 32.1(a)(7) | OTHER: Sentencing Memorandums must be filed no less than **5** days before Sentencing Hearing. |

**IT IS HEREBY ORDERED**:

| | |
|---|---|
| x | The document is accepted despite the discrepancy noted above. **Any further non-compliant documents may be stricken from the record.** |
| | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.
DATED: August 4, 2008

M. James Lorenz
United States District Court Judge